C. & D. BUILDERS, INC. *vs.* JOSEPH PALLADINO & others (and a com-
panion case). November 18, 1976. C. & D. Builders, Inc. (C & D), ap-
peals from judgments entered in April, 1974, in two cases consolidated
for trial before a Superior Court judge. The first action was brought by
C & D seeking payment for construction work against five individuals:
Joseph Palladino, Anthony Lentini, and three trustees of a realty trust
(Lombardos). In the second action the Lombardos sought, inter alia, to
restrain C & D from prosecuting the first action. They also sought de-
claratory and injunctive relief and damages against Lentini and Palla-
dino. The evidence is reported and we have before us the findings of
the judge which we conclude are not plainly wrong and are, therefore,
not to be reversed. *Coulombre* v. *Registrars of Voters of Worcester,* 3
Mass. App. Ct. 206, 207 (1975), and cases cited. The findings support
his conclusion that the agreement, which formed the basis for C & D's
claim in the first action, was not made with Lentini or Palladino indi-
vidually, or with them and the Lombardos as joint venturers, but rather
with a corporation, Len-Pal Enterprises, Inc. The judgment entered,
incongruously, in the second action in favor of C & D against that cor-
poration, which was not a party to the action, did not vitiate the judge's
findings in favor of the individual defendants.

*Judgments affirmed.*

*Gerald B. Gallagher* for C. & D. Builders, Inc.
*Harry Philip Edwards* (*John Santoro* with him) for Salvatore A.
Lombardo, & others, trustees.
*John A. Pino* for Anthony Lentini & another.